IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE ROE<br><br>    Plaintiff,<br><br>vs.<br><br>ANGELA FOLTS-OBERLE, in her official;<br>and SCOTT FRAKES, in his official capacity,<br>    Defendants. | **CASE NO. 4:21-CV-03073-JFB-SMB**<br><br><br>**TEMPORARY RESTRAINING ORDER** |

This case comes before the Court on the Stipulation of the parties for entry of a Temporary Restraining Order (Filing 12). Plaintiff is represented by Rebecca S. Richters and Adam J. Sipple, ACLU Nebraska. Defendants are represented by James Campbell, Nebraska Attorney General's Office.

The Court finds the parties' agreement is fair and reasonable and that the restraining order is hereby approved and entered.

IT IS HEREBY ORDERED as follows:

1. Defendants are prohibited from denying Plaintiff medical services to terminate her pregnancy and, for the purpose of making those services available, shall transport Plaintiff Jane Roe to Planned Parenthood's Lincoln location for her appointments on Monday, April 12, 2021 and Tuesday, April 13, 2021, for the purpose of providing medical services to terminate her pregnancy, including, but not limited to any necessary counseling, education, surgery, and follow-up services.

2. As agreed, Plaintiff shall pay the reasonable costs incurred by NDCS for the transportation and security associated with the two visits to the abortion facility by providing payment in the form of a cashier's check in the sum of $355.00 to the Attorney General's Office by 10:00 a.m., Monday, April 12, 2021.

3. Plaintiff shall also provide written confirmation from Planned Parenthood that it will not bill or invoice NDCS for the cost of the procedure.

4. Within seven days of the completion of the procedure and any follow-up services, Plaintiffs must voluntarily dismiss her case pursuant to Rule 41(a)(1)(A)(i) by filing a notice of voluntary dismissal.

    SO ORDERED this 12th day of April, 2021.

                                         s/ Joseph F. Bataillon
                                         Senior United States District Judge